725 A.2d 749

**Doris YOUNG and Diane Lynch, Administratrix
of the Estate of Charles Young, Deceased,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT
OF TRANSPORTATION**

v.

**Driscoll Construction Company, Inc.**

**Petition of Driscoll Construction Company, Inc.**

Supreme Court of Pennsylvania.

March 5, 1999.

## ORDER

PER CURIAM.

**AND NOW**, this 5th day of March 1999, the Petition for Allowance of Appeal is granted limited to the following issue:

Whether the Commonwealth Court erred in holding that expert testimony is not necessary to determine if warning signs should be placed three miles away from a construction site on an interstate highway.

This matter is consolidated for argument with No. 339 E.D. Allocatur Docket 1998.